**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

GREGORY LINSTON GILLILAN, :
:
    Plaintiff, :
:
v. : 1:06-CV-77 (WLS)
:
PRISON GUARD RIDALL, ET. AL., :
:
:
    Defendants. :
_____:

## O R D E R

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 29), filed July 19, 2007. It is recommended that Plaintiff's complaint be dismissed for failure to file his claim within the applicable statute of limitation. Neither Plaintiff, nor Defendant, has filed a timely objection.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's complaint (Doc. No. 2) is **DISMISSED.**

    SO ORDERED, this  28th  day of August, 2007.

                                              /s/W. Louis Sands
                                             **W. Louis Sands, Judge
                                             United States District Court**